UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**LISA MCCLANAHAN**                                                                                           **PLAINTIFF**

vs.                                                                                     CIVIL ACTION NO. 3:19-CV-767-CRS

**COUNTRY DOOR, INC.**                                                                                     **DEFENDANT**

## ORDER OF DISMISSAL

The Court having been advised by counsel that a settlement has been reached on all matters in this case (DN 9),

**IT IS HEREBY ORDERED** as follows:

1. This matter is **DISMISSED WITHOUT PREJUDICE,** all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the **ACTIVE DOCKET** with leave to reinstate within sixty (60) days if the settlement is not consummated.

2. The parties may tender a supplemental order of dismissal with prejudice if they so desire.

Date: December 4, 2019

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record