**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| LISA MCCLANAHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-00767-CRS |
| | ) | |
| COUNTRY DOOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, LISA MCCLANAHAN, ("Plaintiff"), through her attorney, Shireen Hormozdi, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, COUNTRY DOOR, INC.

                                   RESPECTFULLY SUBMITTED,

February 3, 2020            By: /s/ Shireen Hormozdi
                                   Shireen Hormozdi
                                   Hormozdi Law Firm, LLC
                                   1770 Indian Trail Lilburn Road, Suite 175
                                   Norcross, GA 30093
                                   Tel: 678-395-7795
                                   Fax: 866-929-2434
                                   shireen@agrusslawfirm.com
                                   shireen@norcrosslawfirm.com
                                   Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

On February 3, 2020, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice to Defense Counsel.

By: /s/ Shireen Hormozdi
    Shireen Hormozdi