UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| LISA MCCLANAHAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:19-cv-00767-CRS |
| COUNTRY DOOR, INC., | ) ) ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, LISA MCCLANAHAN, ("Plaintiff"), through her attorney, Shireen Hormozdi, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, COUNTRY DOOR, INC.

RESPECTFULLY SUBMITTED,

February 3, 2020

By: /s/ Shireen Hormozdi
Shireen Hormozdi
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
shireen@agrusslawfirm.com
shireen@norcrosslawfirm.com
Attorney for Plaintiff

IT IS SO ORDERED.

February 11, 2020

**Charles R. Simpson III, Senior Judge
United States District Court**